United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-31257
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

HERMAN TURLICH, JR.,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 02-CR-212-ALL
--------------------

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

     Counsel for Herman Turlich, Jr., has moved for leave to
withdraw from this appeal and has filed a brief pursuant to
Anders v. California, 386 U.S. 738 (1967).  Turlich has filed a
response to the motion, contending that the district court erred
in determining his sentence.

     Our independent review of the brief, the record, and
Turlich's response discloses no nonfrivolous issue for appeal.
Turlich waived the right to appeal his sentence, allowing only

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

for appeals from sentences above the statutory limit or outside the determined guideline range.  The sentencing issue he asserts is waived as Turlich's sentence fell within the guideline range determined by the district court.  See <u>United States v. Melancon</u>, 972 F.2d 566, 567 (5th Cir. 1992).

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.